IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| MOUNTAIN WEST HOLDING CO. INC., | CV 13-49-BLG-DLC |
| Plaintiff, | |
| vs. | ORDER |
| STATE OF MONTANA; and MONTANA DEPARTMENT OF TRANSPORTATION, | |
| Defendants. | |

Before the Court is Defendants' Motion for Leave to File Rule 60 Motion for Relief from the January 30, 2018 Order (Doc. 150). Defendants have filed this Motion pursuant to Local Rule 7.3 as a motion for leave to file a motion for reconsideration. (Doc. 150 at 1–2.) Defendants contend that the "law of the case has changed with the Court's most recent order" because the Court did not summarily deny Plaintiff's Motion to Amend as untimely. (Doc. 151 at 3.) Plaintiff has indicated opposition to this Motion. (Doc. 150 at 2.) However, Local Rule 7.3(c) prohibits Plaintiff from responding to this Motion. The Court is satisfied that Defendants' have met the requirements of Local Rule 7.3(b)(1)(B). Accordingly,

IT IS ORDERED that Defendants' Motion for Leave to File Rule 60 Motion for Relief from the January 30, 2018 Order (Doc. 150) is GRANTED.

IT IS FURTHER ORDERED that the Parties shall adhere to an expedited briefing schedule on the matter of reconsideration. Defendants shall file their motion for reconsideration by February 5, 2018 and Plaintiff shall have until February 9, 2018, to file a response.

DATED this 1st day of February, 2018.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court