DAVID L. OHLER
VALERIE D. WILSON
Special Assistant Attorneys General
Montana Department of Transportation
P.O. Box 201001
Helena, MT 59620-1001
(406) 444-6094
(406) 444-6065
Email: dohler@mt.gov; valwilson@mt.gov

ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

_____

| | | |
|---|---|---|
| MOUNTAIN WEST HOLDING CO., INC., | ) ) ) | Cause No. CV-13-49-BLG |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ANSWER TO SECOND AMENDED |
| STATE OF MONTANA; MONTANA DEPARTMENT OF TRANSPORTATION, | ) ) ) ) | COMPLAINT |
| Defendants. | ) ) | |

_____

Defendants answer to the Second Amended Complaint would be due

if not for Defendants' pending Rule 60 motion for reconsideration of the

Court's order allowing amendment of the complaint. Defendants are

uncertain of the status of the Second Amended Complaint, given the pending

Rule 60 motion. Consequently, to ensure that Defendants are not defaulted

for failing to answer the Second Amended Complaint, Defendants submit this Answer.  Defendants retain and do not waive their objection to Plaintiff's motion to amend the complaint.

Defendants answer the Second Amended Complaint as follows:

1.1    Defendants are without sufficient information to form a belief as to the truthfulness of the allegations, therefore they are denied.

1.2    Admit.

1.3    Admit.

2.1    Defendants are without sufficient information to form a belief as to the truthfulness of the allegations, therefore they are denied.

2.2    The allegation states a legal conclusion to which no response is necessary.  To the extent that there are allegations of fact, they are denied.

2.3    The allegation states a legal conclusion to which no response is necessary.  To the extent that there are allegations of fact, they are denied.

2.4     The allegation states a legal conclusion to which no response is
        necessary.  To the extent that there are allegations of fact, they
        are denied.

2.5     The allegation states a legal conclusion to which no response is
        necessary.  To the extent that there are allegations of fact, they
        are denied.

3.1     The allegation states a legal conclusion to which no response is
        necessary.  To the extent that there are allegations of fact, they
        are denied.

4.1     Admit.

4.2     Defendants are without sufficient information to form a belief
        as to the truthfulness of the allegations, therefore they are
        denied.

4.3     Defendants are without sufficient information to form a belief
        as to the truthfulness of the allegations, therefore they are
        denied.

4.4     Admit.

4.5     Deny.

4.6     Admit that MDT commissioned a disparity study by D.Wilson
        in 2009.  Deny all other allegations of fact.

4.7 Deny.

4.8 Deny.

4.9 Deny.

4.10 Deny.

4.11 Deny.

4.12 Deny.

4.13 Deny.

4.14 Deny.

4.15 Admit the first sentence.  Deny the second sentence.

4.16 Admit.

4.17 Admit that Table ES-2 in the D. Wilson Disparity Study includes the information alleged in the first sentence.  Deny all other allegations of fact.

4.18 Deny.

4.19 Deny.

4.20 Admit.

4.21 Defendants are without sufficient information to form a belief as to the truthfulness of the allegations, therefore they are denied.

4.22    Defendants are without sufficient information to form a belief as to the truthfulness of the allegations, therefore they are denied.

4.23    Defendants are without sufficient information to form a belief as to the truthfulness of the allegations, therefore they are denied.

4.24    Defendants are without sufficient information to form a belief as to the truthfulness of the allegations, therefore they are denied.

4.25    Defendants are without sufficient information to form a belief as to the truthfulness of the allegations, therefore they are denied.

4.26    Defendants are without sufficient information to form a belief as to the truthfulness of the allegations, therefore they are denied.

4.27    Deny the first sentence.  Defendants are without sufficient information to form a belief as to the truthfulness of the allegations, therefore they are denied.

4.28    Defendants are without sufficient information to form a belief

as to the truthfulness of the allegations, therefore they are

denied.

5.1    Deny.

5.2    Admit.

5.3    Deny.

5.4    Defendants deny any allegations of fact not specifically

admitted herein.

## AFFIRMATIVE DEFENSES

I.    The complaint fails to state a claim for which relief may be

granted.

II.    The Defendants are immune from suit pursuant to the Eleventh

Amendment.

III.    Plaintiff lacks standing.

IV.    Plaintiff's claims are res judicata.

V.    Plaintiff's claims are barred by estoppel.

VI.    The Plaintiff's claims of injury and damages, if any, were caused

or contributed to by its own actions or the acts of third parties

which bars it from seeking relief from Defendants.

VII.    Plaintiff's damages, if any, were not caused by Defendants.

VIII.   Plaintiff's damages, if any, would have resulted regardless of the alleged improper actions of Defendants.

IX.     Plaintiff has not suffered an injury.

X.      Plaintiff has waived its claims.

XI.     The claim is barred by the statute of limitations.

## APPLICABILITY OF AFFIRMATIVE DEFENSES

At this time, Defendants are not certain as to what affirmative defenses may apply if this case proceeds to trial. Defendants expressly reserve the right to plead other affirmative defenses as discovery of the case progresses. Further, Defendants will dismiss any affirmative defense at the pretrial conference which does not appear to be reasonably supported by the facts and/or the law.

WHEREFORE, the Defendants pray that:

1.      Judgment be entered in their favor;

2.      Plaintiff's complaint be dismissed with prejudice;

3.      Plaintiff take nothing against the Defendants, and

4.      The Court award the Defendants their costs and attorney's fees.

DATED this 14th day of February, 2018.

*/s/ David L. Ohler*
DAVID L. OHLER
VALERIE D. WILSON
Attorneys for Defendants

CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system on the 14th day of February, 2018, which will send notification of said filing to the following:

Mark D. Parker     markdparker@parker-law.com
Gary Lofland       glofland@glofland.net
Casey Heitz        caseyheitz@parker-law.com

*/s/ David L. Ohler*