IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
FEB 15 2018
Clerk, U.S. Courts
District Of Montana
Missoula Division

|  |  |
|---|---|
| MOUNTAIN WEST HOLDING CO. INC., | CV 13–49–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| STATE OF MONTANA; and MONTANA DEPARTMENT OF TRANSPORTATION, | |
| Defendants. | |

Before the Court is Defendants' Uncontested Motion to Appear Telephonically (Doc. 165) for the February 20, 2018, motions hearing. Counsel for Defendants has not provided any reason for a telephonic appearance in this matter. Irrespective of the reasons for this request, the Court wants counsel to be personally present for the February 20 hearing. Accordingly,

IT IS ORDERED that the Motion (Doc. 165) is DENIED.

DATED this *15th* day of February, 2018.

Dana L. Christensen, Chief Judge
United States District Court

-1-