Gary Lofland
MEYER, FLUEGGE & TENNEY, P.S.
230 South Second Street
P.O. Box 22680
Yakima, WA 98907-2680
Telephone: (509) 452-2828
Facsimile: (509) 575-4676
E-mail: glofland@glofland.net

Mark D. Parker
Casey Heitz
PARKER, HEITZ & COSGROVE, PLLC
401 North 31st Street, Suite 805
P.O. Box 7212
Billings, MT 59103-7212
Telephone: (406) 245-9991
Facsimile: (406) 245-0971
E-mail:   markdparker@parker-law.com
          caseyheitz@parker-law.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | | |
|---|---|---|
| **MOUNTAIN WEST HOLDING CO., INC.,** | ) | Cause No. CV-13-49-BLG |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **NOTICE OF SETTLEMENT** |
| **STATE OF MONTANA; AND MONTANA DEPARTMENT OF TRANSPORTATION,** | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

COME NOW, the above-referenced parties, pursuant to the terms of Settlement Agreement and Release signed by the parties on February 23, 2018, and provide notice this matter has settled.  In conformance with the terms of the Settlement Agreement and Release, Plaintiff will file a stipulation of dismissal stipulating to the dismissal of this matter, with prejudice, upon performance of the Agreement by Defendants.

DATED this 23rd day of February, 2018.

PARKER, HEITZ & COSGROVE, PLLC
*/s/ Casey Heitz*
Casey Heitz
Attorneys for Plaintiff,
Mountain West Holding Co., Inc.


MEYER, FLUEGGE & TENNEY, P.S.
*/s/ Gary E. Lofland*
Gary E. Lofland
Attorneys for Plaintiff,
Mountain West Holding Co., Inc.


MONTANA DEPT. OF TRANSPORTATION
*/s/ David Ohler*
DAVID L. OHLER
VALERIE D. WILSON
Special Assistant Attorneys General

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February, 2018, I electronically filed the foregoing document entitled *Notice of Settlement* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David L. Ohler:   dohler@mt.gov

Val Wilson:   valwilson@mt.gov

Casey Heitz:   caseyheitz@parker-law.com

Mark D. Parker:   markdparker@parker-law.com

MEYER, FLUEGGE & TENNEY, P.S.
*/s/ Gary E. Lofland*
Gary E. Lofland
Attorneys for Plaintiff,
Mountain West Holding Co., Inc.