IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| MOUNTAIN WEST HOLDING CO., INC., | CV 13–49–BLG–DLC |
| Plaintiff, | ORDER |
| vs. | |
| STATE OF MONTANA, and MONTANA DEPARTMENT OF TRANSPORTATION, | |
| Defendants. | |

Pursuant to the parties' Stipulation for Dismissal (Doc. 179),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot.

Dated this 14th day of March, 2018.

Dana L. Christensen, Chief Judge
United States District Court